UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


PROGRESSIVE SELECT INSURANCE
COMPANY, a foreign corporation

       Plaintiff,

v.                                Case No:  2:12-cv-345-Ftm-99SPC

JO ANN DEBARTOLO and THOMAS
RAVANA,

       Defendants.
_____/


## ORDER

     This matter comes before the Court on Stipulation for Substitution of Counsel (Doc. #14) filed on February 13, 2013, which the Court construes as a Motion for Leave to Withdraw.[1] Plaintiff moves to substitute Michele A. Crosa of the law firm of Eisinger, Brown, Lewis, Frankel & Chaiet, PA for attorney Mark B. Yeslow of the law firm Yeslow & Koeppel, PA.  As Plaintiff consents to the substitution, the Court will allow the withdrawal of Mr. Yeslow.

     Accordingly, it is now

**ORDERED:**

     Stipulation for Substitution of Counsel (Doc. #14) is **GRANTED**.  Attorney Mark B. Yeslow of the law firm Yeslow & Koeppel, PA is relieved of all further responsibility in this matter.  The Clerk of Court is directed to terminate attorney Yeslow as counsel of record for Plaintiff and remove him from any further notices of electronic filing in this matter.

---

[1] In the future, all requests for counsel to withdraw must be filed with the Court as a motion in compliance with Local Rule 2.03.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of February, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record