UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROGRESSIVE SELECT INSURANCE
COMPANY, a foreign corporation

       Plaintiff,

v.                                         Case No:  2:12-cv-345-FtM-38UAM

JO ANN DEBARTOLO and THOMAS
RAVANA,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Defendants, Jo Ann DeBartolo and Thomas Ravana's Emergency Motion to Strike Plaintiff's Motion for Summary Judgment or Extend Time (Doc. #25) filed on December 13, 2013.  The Defendants move to strike the Plaintiff's Motion for Summary Judgment.  As grounds, the Defendants state the Plaintiff failed to comply with M.D. Fla. Local Rule 3.01(g) by not conferring with the Defendants' counsel regarding the issues raised in the Motion for Summary Judgment. The Local Rule reads in pertinent part:

> [b]efore filing any motion in a civil case, *except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, or to involuntarily dismiss an action*, the moving party shall confer with counsel for the opposing party

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

> in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion. A certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties' obligation to confer. The moving party retains the duty to contact opposing counsel expeditiously after filing and to supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented in the motion.

M.D. Fla. Local Rule 3.01(g) (emphasis added). The Rule states clearly that a motion for summary judgment is an exception to the requirement that parties confer before filing a motion for relief from the court. Thus, the Motion to Strike is due to be denied.

In the alternative, the Defendants move the Court to enlarge the discovery period in order to depose the Plaintiff's employee Debra Henry and for an additional twenty-eight (28) days after the deposition to respond to the Plaintiffs' Motion for Summary Judgment. As grounds, the Defendants state that during the deposition of the Plaintiff's employee, Lolita Lang, Lang was unable to answer certain questions during the deposition pertaining to the instant law suit but she did provide the names of other individuals who could answer the questions. One of those individuals was Debra Henry.

The Defendants, however, in seeking their relief themselves violated the very rule that they are accusing the Plaintiffs of violating - they did not comply with Local Rule 3.01(g) and confer with the Plaintiffs prior to filing this Motion. The failure to comply with the local rules is fatal to their Motion. Thus, the Motion for an extension of time is due to be denied. Further, the Court does not find the instant motion to be an Emergency as titled.

Accordingly, it is now

**ORDERED:**

The Defendants, Jo Ann DeBartolo and Thomas Ravana's Emergency Motion to Strike Plaintiff's Motion for Summary Judgment or Extend Time ([Doc. #25](Doc. #25)) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of December, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record