UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROGRESSIVE SELECT INSURANCE
COMPANY, a foreign corporation

      Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No:  2:12-cv-345-FtM-38CM

JO ANN DEBARTOLO and THOMAS
RAVANA,

      Defendants.
_____/

## ORDER

On March 4, 2014, the Court entered an Order (Doc. #40) administratively closing the case for a period of time to allow the parties to submit final documents.  That time has now expired and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED:**

The Clerk of the Court shall enter judgment **DISMISSING** the case with prejudice, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of March, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record